IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, JEFFERSON NATIONAL LIFE INSURANCE COMPANY, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 1:24-CV-00391-MJT |
| CARRIE LEA MALACH HENZLER, AS EXECUTRIX OF THE ESTATE OF GORDON F. WILEY, JR.; KIM ROSE DAQUANNA WILEY; and CHARLES JOHN DAQUANNA, | § § § § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Now before the Court is Interpleader Plaintiffs Protective Life Insurance Company and Jefferson National Life Insurance Company's *Motion for Default Judgments* [Dkt. 15]. On December 18, 2024, the Court referred this motion to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition. [Dkt. 17]. On January 23, 2025, Judge Hawthorn issued a Report and Recommendation, which recommended granting the motion. [Dkt. 20].

The Court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence. The Court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the Report and Recommendation of the United States Magistrate Judge [Dkt. 20] is ADOPTED. Accordingly, a Default Judgment will be entered separately.

SIGNED this 16th day of April, 2025.

Michael J. Truncale
United States District Judge